■ JOYCE SHENCAVITZ et al., Appellants, v FRANK BELLAFIORE et al., Respondents. [678 NYS2d 289] —In a negligence action to recover damages for personal injuries, etc., the plaintiffs appeal from a judgment of the Supreme Court, Suffolk County (Newmark, J.), entered August 19, 1997, which, upon a jury verdict in favor of the defendants, dismissed the complaint.

Ordered that the judgment is affirmed, with costs.

A jury verdict will not be set aside as against the weight of the evidence unless the jury could not have reached its conclusion upon any fair interpretation of the evidence (*see, Walters v Castle Vil. Owners Corp.*, 166 AD2d 316). Contrary to the plaintiffs' contention, a rational jury could have concluded that the defendants were not negligent.

The plaintiffs' remaining contention is not preserved for appellate review (*see, Burke v Santoro,* 172 AD2d 579; *Goldberg v Union Hardware Co.,* 162 AD2d 658). Bracken, J. P., Copertino, Goldstein and McGinity, JJ., concur.